**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ORLANDO ROSALES SALMERON and JOHN DOE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS D. CHARLES, in his official capacity as Executive Associate Director for Enforcement and Removal Operations; MATTHEW ELLISTON, in his official capacity as Field Office Director, ICE Enforcement and Removal Operations, Miami Field Office; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and U.S. CUSTOMS AND BORDER PROTECTION,

Defendants.

Case No. 1:26-cv-26911

**PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Under Local Rule 3.8 and Section 2.15.00 of the Court's Internal Operating Procedures, Plaintiffs give notice of the following related action pending in this District:

> ***Orlando Rosales Salmeron v. Miami ICE Field Office Director*, No. 1:26-cv-26816 (S.D. Fla.) (Bloom, J.)**.

The two actions are related. Plaintiff Orlando Rosales Salmeron is the petitioner in the related action, and both actions concern his confinement at the U.S. Immigration and Customs Enforcement facility at 2805 SW 145th Avenue, Miramar, Florida. Count IV of his petition in the

related action raises the same claim raised in this action: that prolonged detention in the Miramar hold room is unlawful. *See* Compl. ¶¶ 157, 196(c), ECF No. 1.

Plaintiffs respectfully submit this notice so that the assigned Judges may determine whether transfer is appropriate under Internal Operating Procedure 2.15.00.

Respectfully submitted,

/s/ *Paul R. Chavez*

Anne Janet Anderson (FL Bar No. 18092)
annejanet.hernandez@splcenter.org
Maite Garcia (FL Bar No. 99770)
maite.garcia@splcenter.org
Andrew Udelsman (FL Bar No. 1051696)
andrew.udelsman@splcenter.org
Jeanette Ynfante*
jeanette.ynfante@splcenter.org
Courtney O'Donnell*
courtney.odonnell@splcenter.org
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Phone: 305-537-0589

Paul R. Chavez (FL Bar No. 1021395)
pchavez@aijustice.org
Jennifer Smith (FL Bar No. 964514)
jsmith@aijustice.org
AMERICANS FOR IMMIGRANT JUSTICE
P.O. Box 520037
2200 NW 72nd Ave.
Miami, FL 33152
Phone: 305-573-1106

*Attorneys for Plaintiffs*
*Pro hac vice application forthcoming

**CERTIFICATE OF SERVICE**

I certify that on October 2, 2026, I filed this notice with the Clerk of Court using CM/ECF. Copies will also be served on all Defendants with the summons and complaint under Federal Rule of Civil Procedure 4(i).

*/s/ Paul R. Chavez*