**DECLARATION OF CARLOS HERRERA-VELASQUEZ[1]**

I, Carlos Herrera-Velasquez, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated in it, and if called as a witness, I could and would testify to them.

2. I was detained at Miramar for 7 days in July/August 2026.

3. In July 2026, on or around the 23rd, I was driving in Opalocka, Florida. I had a valid driver's license. Two unmarked black Chevrolets put lights on. I was at a stop light. From the cars came 5 ICE officers.

4. The ICE officers opened the car door and pulled me out. They threw me on the ground, causing injuries to my legs. They cuffed my ankles, and my hands behind my back.

5. They took my licence. I told them I have a lawyer; I have a valid license.

6. The ICE officers said, "Fuck you, you fucking immigrant. Your lawyer is worth shit. You don't have rights."

7. My legs were bleeding. I was not given treatment. I was brought to Miramar.

8. At Miramar, I was placed in a room with approximately 70 people. It was approximately 16 by 21 feet. I was there all seven days, always with around 70 people. During four nights, I was in the same room. During three nights, I was brought to a garage.

9. In the room, it was so crowded that many people had to stay standing all night. I took turns with another person there, lying down and standing.

10. The floor was concrete. We were not given blankets or pads of any kind. I barely slept all seven days.

[1] This is a typed version of the original handwritten Declaration, which follows this typed version.

11. There were two toilets in the room, one in each corner. Each toilet was connected to a sink. The room was so crowded that people tried to sleep on the sinks. Other people were on the ground, all around the toilets. There were privacy walls in front of the toilets, but there was no privacy because there were dozens of people between the walls and the toilets.

12. There was a camera in a corner of the room. I think it could see everything, including the toilets.

13. The room was so crowded that people tried to sleep sitting on the toilet. When people had to use the toilet, they would have to ask that person to move.

14. I could not have a bowel movement in these conditions. I could not relax. For four days, I did not have a bowel movement. On the fourth day, we were brought out of the room and into a hallway. There was a bathroom in the hallway. I begged a guard to let me use it, so I could finally relieve myself. The guard allowed it. But he refused to remove my handcuffs. (When we were in the hallway, we were all handcuffed.) I told the guard that I would not be able to clean myself with my hands cuffed. He said, "No. What are you doing here, this isn't your country."

15. I wore the same clothes all seven days. I was not allowed to shower. I was not given toothpaste or tooth brush. The floor was filthy, and ICE officers took away my shoes.

16. It was very hot in the room. I don't think there was working air conditioning. There were no fans. The room smelled aweful -- people who hadn't washed, the toilets, putrification.

17. An ICE officer tried to convince me to sign and accept voluntary deportation. I said "No-- I'm appealing my case." He said that's hard, and I should sign. I still refused and he brought me back to the room.

18. We were allowed one telephone call per day, for a maximum of 3 minutes. We were not allowed to speak confidentially with a lawyer.

19. I suffered a lot of pain from this experience. My abdomen hurt from not going to the bathroom. My wrists hurt from being cuffed too tight -- I still have a scar from that. My back hurt from lying on the ground.

20. The emotional pain was worse. Fathers were crying; the conditions were inhumane.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Because I don't speak English fluently, a lawyer, Andrew Udelsman, read this document to me on September 29, 2026, including the statement concerning perjury, in Spanish. Spanish is a language I fully understand. I had the opportunity to ask questions and make corrections. I understand the declaration as translated and confirm that its contents are true and correct.

September 29, 2026

__[signed on the original]___
Carlos Herrera-Velasquez

**DECLARATION OF** Carlos Herrera-Velasquez

I, Carlos Herrera-Velasquez, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated in it, and if called as a witness, I could and would testify to them.

2. I was detained at Miramar for 7 days in July/August 2026.

3. In July 2026, in or around the 23rd, I was driving in Opalocka, Florida. I had a valid driver's license. Two unmarked black Chevrolets put lights on, I was at a stop light. From the cars came 5 ICE officers.

4. The ICE officers opened the car door and pulled me out. They threw me on the ground, ~~street~~ causing injuries to my legs. They cuffed my ankles, and my hands behind my back.

5. They took my licence. I told them I have a lawyer; I have a valid license.

6. The ICE officers said, "Fuck you, you fucking immigrant. Your lawyer is worth shit. You don't have rights."

7. My legs were bleeding. I was not given treatment. I was brought to Miramar.

8. At Miramar, I was ~~brought~~ placed in a room with approximately 70 people. It was

approximately 16 by 21 feet. I was there all seven days, always with around 70 people. During four nights, I was in the same room. During three nights, I was brought to a garage.

9. In the room, it was so crowded that many people had to stay standing all night. I took turns with another person there, lying down and standing.

10. The floor was concrete. We were not given blankets or pads of any kind. I barely slept all seven days.

11. There were two toilets in the room, one in each corner. Each toilet was connected to a sink. The room was so crowded that people tried to sleep on the sinks. Other people were on the ground, all around the toilets. There were privacy walls in front of the toilets, but there was no privacy because there were dozens of people between the walls and the toilets.

12. There was a camera in a corner of the room. I think it could see everything, including the toilets.

13. The room was so crowded that people tried to sleep sitting on the toilet.

when people had to use the toilet, they would have to ask that person to move.

14. I could not have a bowel movement in these conditions. I could not relax. For four days, I did not have a bowel movement. On the fourth day, we were brought out of the room and into a hallway. There was a ~~[illegible]~~ bathroom in the hallway. I begged a guard to let me use it, so I could finally relieve myself. The guard allowed it. But he refused to remove my handcuffs. (When we were in the hallway, we were all handcuffed.) I told the guard that I would not be able to clean myself with my hands cuffed. ~~He~~ He said, "No. what are you doing here, this isn't your country."

15. I wore the same clothes all seven days. I was not allowed to shower. I was not given toothpaste or toothbrush. The floor was filthy, and ICE officers took away my shoes.

16. It was very hot in the room. I don't think there was working air conditioning. There were no fans. The room smelled awful -- people who hadn't washed, the toilets, putrification.

17. An ICE officer tried to convince me to sign and accept voluntary deportation. I said "No -- I'm appealing my case." He said that's hard, and I should sign. I still refused and he brought me back to the room.

18. We were allowed one telephone call per day, for a maximum of 3 minutes. We were not allowed to speak confidentially with a lawyer.

19. I suffered a lot of pain from this experience. My abdomen hurt from not going to the bathroom. My wrists hurt from being cuffed too tight -- I still have a scar from that. My back hurt from lying on the ground.

20. The emotional pain was worse. Fathers were crying; the conditions were inhumane.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Because I don't speak English fluently, a lawyer, Andrew Udelsman, read this document to me on September 29, 2026, including the statement concerning perjury, in Spanish. Spanish is a language I

fully understand. I had the opportunity to ask questions and make corrections. I understand the declaration as translated and confirm that its contents are true and correct.

September 29, 2026

Carlos Herrera-Velasquez

**CERTIFICATION**

I, Andrew Udelsman, declare that I am proficient in the English and Spanish languages. On September 29, 2026, I read the foregoing declaration and translated it faithfully and accurately into Spanish with the declarant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2026.

/s/ *Andrew Udelsman*
**Andrew Udelsman**