**DECLARATION OF IGNACIO HERNANDEZ-FUENTES[1]**

I, Ignacio Hernandez-Fuentes, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated in it, and if called as a witness, I could and would testify to them.

2. I was detained at Miramar for five days, in July or August. It was the worst experience of my life.

3. In July, I was on my way to work in Homestead, FL. I went to stop at the Lucky Me restaurant. I opened the door and was walking inside when I felt someone grab me from behind. Two men arrested me. One threw me on the ground and handcuffed me. They put me in the car. My blood pressure went really high, I told them, and they brought me to the hospital. First they brought me to Homestead Baptist Hospital, and then Kendall Hospitall, fir a total of 13 days. I was handcuffed the entire time.

4. When I was discharged, I heard the Doctor say, "Take him to Krome. They have better medical care there." But the ICE officers only stopped at Krome for a few minutes, and then they brought me to Miramar.

5. In my room at Miramar, there were 50 people. The room was the size of a one-car garage.

6. There was one toilet in the room. There was no wall or curtain, so everyone could see and hear everything. There were cameras that could see the whole room, including the toilet.

7. People slept on the floor, which was concrete. We were only given thin aluminum blankets.

[1] This is a typed version of the original handwritten Declaration, which follows this typed version.

8. There were no fans in the room, and no working air conditioning. It was hot; people were sweating bad.

9. I felt my blood pressure rising, I told guards I needed medicine. They sometimes gave me medicine to lower my blood pressure. Sometimes they did not.

10. The hallway outside the room was also full of people. I was allowed to stay in the hallway rather than the room, which was locked. When I had to use the bathroom, I called an officer, who opened the door for me, so I could go in the room and use the bathroom.

11. The room smelled aweful. Mostly like urine.

12. I'm 53 years old. I have serious medical issues, including high blood pressure.

13. On approximately my fourth day at Miramar, I started shaking, feeling weak and high blood pressure. I told guards. They called the ambulance.

14. The EMS people checked my blood pressure. We discussed going to the hospital, but they gave me medicine instead and I stayed at Miramar.

15. I told officers I need to call my family. They wouldn't let me call anyone. During my 5 days at Miramar, I was not permitted to call anyone.

16. I was not permitted to shower or change my clothes at Miramar. I was not given toothpaste or tooth brush.

17. The drinking water was warm.

18. Being in the room with 50 people felt like being a chicken in a cage.

19. At Miramar the lights were always on, in the room and hallway. I was unable to sleep during my time there.

20. I don't have a criminal record. I have been in the United States for 40 years.

21. All of the food was microvaved. It seemed like cat food. It made me sick to eat it.

22. People like me in the hallway were handcuffed, day and night.

23. I saw people in the hallway throwing up on the floor, while they were handcuffed.

24. Officers tried to get me to sign voluntary deportation. I refused.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/29/20026

___[signature]_______

**DECLARATION OF** Ignacio Hernandez - Fuentes

I, Ignacio Hernandez- Fuentes, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated in it, and if called as a witness, I could and would testify to them.

2. I was detained at Miramar for five days, in July or August. It was the worst expirince of my life.

3. In July, I was on my way to work in Homestead, FL. I went to stop at the Lucky me restaurant. I opened the door and was walking inside when I felt someone grab me from behind. Two men arrested me. One threw me on the ground and handcuffed me. They put me in the car. My blood pressure went really high, I told them, and they brought me to the hospital. First they brought me to ~~Kendall~~ Homestead Baptist Hospital, and then Kendall Hospitall, for a total of 13 days. I was handcuffed the entire time.

4. When I was discharged, I heard the Doctor say, "Take him to Krome. They have better medical care there." But the ICE officers only stopped at Krome for

a few minutes, and then they brought me to miramar.

5. In my room at Miramar, there were 50 people. The room was the size of a one-car garage.

6. There was one toilet in the room. There was no wall or curtain, so everyone could see and hear everything. There were cameras that could see the whole room, including the toilet.

7. People slept on the floor, which was concrete. We were only given thin aluminum blankets.

8. There were no fans in the room, and no working air conditioning. It was hot; people were sweating bad.

9. I felt my blood pressure rising. I told guards I needed medicine. They sometimes gave me medicine to lower my blood pressure. Sometimes they did not.

10. The hallway outside the room was also full of people. I was allowed to stay in the hallway rather than the room, which was locked. When I had to use the bathroom, I called an officer, who opened the door for me, so I could go in the

room and use the bathroom.

11. The room smelled aweful. Musty like urine.

12. I'm 53 years old. I have serious medical issues, including high blood pressure.

13. On approximately my fourth day at Miramar, I started shaking, feeling weak and high blood pressure. I told guards. they called the ambulance.

14. The EMS people checked my blood pressure. We discussed going to the hospital, but they gave me medicine instead and I stayed at miramar.

15. I told officers I need to call my family. They wouldn't let me call anyone. During my 5 days at Miramar, I was not permitted to call anyone.

16. I was not permitted to shower or change my clothes at Miramar. I was not given toothpaste or tooth brush.

17. The drinking water was warm.

18. Being in the room with 50 people felt like being a chicken in a cage.

19. At Mirrmar the lights were always on, in the room and hallway. I was

unable to sleep during my time there.

20. I don't have a criminal record. I have been in the United States for 40 years.

21. All of the food was microwaved. It seemed like cat food. It made me sick to eat it.

22. People like me in the hallway were handcuffed, day and night.

23. I saw people in the hallway throwing up on the floor, while they were handcuffed.

24. Officers tried to get me to sign voluntary deportation. I refused.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/29/20026 [signature]