**DECLARATION OF ALVARO ARVELO GARCIA[1]**

I, Alvaro Arvelo Garcia, hereby declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated in it, and if called as a witness, I could and would testify to them.
2. I submit this declaration based on my personal experiences and observations while I was held at the Miramar immigration facility in Miramar, Florida.
3. I arrived at the Miramar facility on August 27, 2026. I remained there until approximately September 5, 2026. That is approximately ten days.
4. During the first three days that I was at Miramar, I was held in a garage with approximately 200 other men, in an exterior part of the Miramar facility. There was no bathroom inside the garage.
5. To use the bathroom, we had to leave the facility and use one portable toilets located outside that room.
6. The portable toilets were filthy. When I went to use them, I saw toilets filled with feces and urine covering the floors.
7. During this time, my legs were restrained with leg shackles. Because of the shackles, it was difficult to walk and use the portable toilets. The floors were covered in urine, and because of the restraints on my legs, I could not avoid stepping in it.
8. After my first day at Miramar, officers placed handcuffs on us all, in addition to the leg shackles that were already on our legs. We had both handcuffs and shackles that entire day. Later that day, the handcuffs were taken off.
9. At one point, I had to use the bathroom while I was restrained with both handcuffs and leg shackles. I tried to hold my urine so that I would not have to move my hands because the handcuffs were hurting my wrists.
10. After using the portable toilet, I had to return to the same room where approximately 200 people were being held. We had no beds and slept directly on the floor.
11. Because we had walked through urine while using the portable toilets and then returned to the room, the same contamination was brought onto the floor where we had to sleep. When I lay down to sleep, I could smell urine.
12. There were so many people in the room that we had to take turns to sleep. We slept on top of one another.

[1] This is a typed version of the original declaration, which follows this typed version.

13. After several days, I was moved to another room inside the facility. This room was much smaller. Approximately 50 men were being held inside the room, and there was not enough space for all of us.

14. There were two toilets inside this smaller room. The toilets were exposed to the rest of the room, so everyone could see a person while he was using the toilet. Some men slept next to the toilets, and others slept in the sink.

15. While I was held in that room, I urinated when I needed to, but I could not bring myself to have a bowel movement because there was no privacy and everyone in the room could see the toilets.

16. The room was also very hot. The lights in the room were always on. The lights were very bright and bothered my eyes, making it hard to sleep.

17. During the entire time I was held at Miramar, I was not provided with a toothbrush or toothpaste.

18. I was not provided with a blanket. Telephone access was very limited. When I was able to call my wife, I was allowed only three minutes. I did not call or see my lawyer while I was at Miramar because it was not permitted.

19. I was not permitted to shower during the ten days that I was held at Miramar.

20. During those ten days, I was able to change my clothes once. I was only able to do so because my family brought a change of clothes for me.

21. We were provided food three times each day. The portions were small, and we were given the same meal repeatedly. I found the food very difficult to eat.

22. The conditions at Miramar were unlike anything I had experienced before. I felt that we were being treated without basic dignity. I can describe the experience by saying that Miramar is not the United States. It is what I imagine Nazi Germany was like.

23. I am providing this declaration so that others can understand the conditions that I personally experienced while I was held at the Miramar facility from approximately August 27, 2026 through September 5, 2026.

24. Finally, when I was detained on August 27, 2026, I was driving my car and working as a Lyft driver. I had valid employment authorization and a valid Florida driver's license. I was stopped by ICE after I picked up a passenger. I did not commit a crime. ICE simply stopped me. There were multiple SUVs and multiple officers. One officer asked me for identification, and I gave him my Florida driver's license. The officer said that he had to

detain me because I did not have lawful status and had to be placed in court proceedings. That is how I came to be taken to Miramar.

I declare under penalty of perjury that the foregoing is true and correct.

September 29, 2026

__[signed on the original]___

Alvaro Arvelo Garcia

## DECLARATION OF ALVARO ARVELO GARCIA

I, Alvaro Arvelo Garcia, hereby declare as follows: AAG

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated in it, and if called as a witness, I could and would testify to them.

2. I submit this declaration based on my personal experiences and observations while I was held at the Miramar immigration facility in Miramar, Florida.

3. I arrived at the Miramar facility on August 27, 2026. I remained there until approximately September 5, 2026. That is approximately ~~nine~~ ten days. AAG

4. During the first three days that I was at Miramar, I was held in a garage with approximately 200 other men, in an exterior part of the Miramar facility. There was no bathroom inside the garage.

5. To use the bathroom, we had to leave the facility and use one portable toilets located outside of that room.

6. The portable toilets were filthy. When I went to use them, I saw toilets filled with feces and urine covering the floors.

7. During this time, my legs were restrained with leg shackles. Because of the shackles, it was difficult to walk and use the portable toilets. The floors were covered in urine, and because of the restraints on my legs, I could not avoid stepping in it.

8. After my first day at Miramar, officers placed handcuffs on us all, in addition to the leg shackles that were already on our legs. We had both handcuffs and shackles that entire day. Later that day, the handcuffs were taken off.

9. At one point, I had to use the bathroom while I was restrained with both handcuffs and leg shackles. B~~ecause my hands were cuffed, I could not properly clean myself after using the~~ toilet. But I tried to hold my pee to avoid having to use my hands because the handcuffs were hurting my wrists. AAG

10. After using the portable toilet, I had to return to the same room where approximately 200 people were being held. We had no beds and slept directly on the floor.

11. Because we had walked through urine while using the portable toilets and then returned to the room, the same contamination was brought onto the floor where we had to sleep. When I lay down to sleep, I could smell urine.

12. There were so many people in the room that we had to take turns to sleep. We slept on top of one another.

13. After several days, I was moved to another room inside the facility. This room was much smaller. Approximately 50 men were being held inside the room, and there was not enough space for all of us.

14. There were two toilets inside this smaller room. The toilets were exposed to the rest of the room, so everyone could see a person while he was using the toilet. There men who slept next to the toilet, and also in the sink. AAG

15. While I was held in that room, I urinated when I needed to, but I could not bring myself to have a bowel movement because there was no privacy and everyone in the room could see the toilets.

16. The room was also very hot. The lights in the room were always on. The lights were very bright and bothered my eyes, making it hard to sleep. AAG

17. During the entire time I was held at Miramar, I was not provided with a toothbrush or toothpaste.

18. I was not provided with a blanket. Telephone access was very limited, when I could call my wife, I was only allowed 3 minutes. I did not call my lawyer and did not see my lawyer while at Miramar. It was not allowed AAG

19. I was not permitted to shower during the ten days that I was held at Miramar.

20. During those ten days, I was able to change my clothes once. I was only able to do so because my family brought a change of clothes for me.

21. We were provided food three times each day. The portions were small, and we were given the same meal repeatedly. I found the food very difficult to eat.

22. The conditions at Miramar were unlike anything I had experienced before. I felt that we were being treated without basic dignity. I can describe the experience by saying that Miramar is not the United States. It is what I imagine Nazi Germany was like.

23. I am providing this declaration so that others can understand the conditions that I personally experienced while I was held at the Miramar facility from approximately August 27, 2026 through September 5, 2026.

~~I declare under penalty of perjury that the foregoing is true and correct.~~

~~Executed on~~ ____________________, ~~2026, in~~ ____________________ 09/29/2026

24. Finally, please note that when I was detained on August 27, 2026, I was driving my car and working as a Lyft driver. I had a valid employment authorization and Florida license. I was stopped by ICE after I picked up a passenger. I did not commit a crime. ICE simply stopped me. There were multiple SUVs, and multiple officers. One officer asked me for identification, I gave my Florida license and the officer said he had to detain me because I did not have lawful status and had to be placed in court. That is how I came to be taken to Miramar.

AAG

I declare under penalty of perjury that the foregoing is true and correct 09/29/2026