# DECLARATION OF DOMINGO VI ASICONA[1]

I, Domingo Vi Asicona, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated in it, and if called as a witness, I could and would testify to them.

2. I was detained at Miramar from August 6 through August 9, four days and three nights.

3. On August 6, 2026, my brother was arrested by ICE in Cutler Bay, Florida while driving. He called me to come pick up his car.

4. When I arrived, I saw that the driver's side window was shattered and there was glass everywhere.

5. I started the car, and two cars immediately blocked me. Four men got out, came to my car, and cuffed my hands and feet. The only thing they asked was whether I had status. I told them I had an asylum application, a work permit, and a valid driver's license.

6. The ICE agents said, "your status is no longer valid. We will bring you to be processed."

7. They brought me to Miramar.

8. I spent the first two days and nights in a garage with 150 people. I was cuffed this entire time at the wrist and ankles.

9. There was only one porta-potty. It was filthy. There was a line to use it.

10. On my third day at Miramar, I was brought to a room that was the size of a two-car garage. My cuffs were removed and I was led inside.

---

[1] This is a typed version of the original handwritten Declaration, which follows this typed version.

11. There were approximately 70 people in the room.

12. There was one toilet in the room. There was a privacy wall in front of the toilet that went up to the waist. There were so many people in the room that around 20 people were crammed between the toilet and the wall. When we went to the toilet we did it in plain sight of everyone, to our shame.

13. In the room, there was no space for me to lie down or sit. I stood the whole night.

14. Sleeping was impossible. The lights were always on; there was so much noise; it reeked of people who have not changed in days, or washed, and it also smelled of the toilet.

15. The food was very little and terrible. It seemed like cat food. I ate very little food. I lost a lot of weight during my four days at Miramar.

16. The room was so crowded that when no one was using the toilet, someone would sit on it and try to sleep there.

17. It was a place of great suffering. People were crying, anxious, angry, yelling. I asked myself, "what did I do to deserve this?"

18. I arrived at this country when I was 16 years old. I was processed by ICE and granted parole. I applied for asylum. My asylum application is still pending. I don't understand why I was treated like this when I have followed this country's asylum process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Because I don't speak English fluently, a lawyer, Andrew Udelsman, has read this document to me on September 29, 2026, including the statement concerning penalties of perjury, in Spanish. Spanish is a language I fully understand. I had the opportunity to ask questions and make corrections. I understand the declaration as translated and confirm that its contents are true and correct.

September 29, 2026

__[signed on the original]___
Domingo Vi. Asicona

**DECLARATION OF** Domingo Vi-Asicona

I, Domingo Vi-Asicona, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated in it, and if called as a witness, I could and would testify to them.

2. I was detained at Miramar from August 6 – 9, four days and three nights.

3. On August 6, 2026, my brother was arrested by ICE in Cutler Bay, Florida, while driving. He called me to come pick up his car.

4. When I arrived, I saw that the driver's side window was shattered and there was glass everywhere.

5. I started the car, and 2 cars immediately blocked me. Four men got out, came to my car, and cuffed my hands and feet. The only thing they asked was whether I had status. I told them I had an asylum application, a work permit, and a valid driver license.

6. The ICE agents said, "Your status is no longer valid. We will bring you to be processed."

7. They brought me to Miramar.

8. I spent the first 2 days and nights in a garage with 150 people. I was ~~Had~~ cuffed this entire time at the wrists and ankles.

9. There was only one porta-potty. It was filthy. There was a line to use it.

10. On my third day at Miramar, I was brought to a room that was the size of a two-car garage. My cuffs were removed and I was led inside.

11. There were approximately 70 people in the room.

12. There was one toilet in the room. There was a privacy wall in front of the toilet that went up to the waist. There were so many people in the room that around 20 people were crammed between the toilet and the wall. When we ~~went to the bathroom~~ used the toilet we did it in plain sight of everyone, to our shame.

13. In the room, there was no space for me to lie down or sit. I stood the whole night.

14. Sleeping was impossible. The lights were always on; there was so much noise; it reeked

of people who have not changed in days or washed, and it also smelled of the toilet.

15. The food was very little and terrible. It seemed like cat food. I ate very little food. I lost a lot of weight ~~?~~ during my four days at Miramar.

16. the room was so crowded that, when no one was using the toilet, someone would sit on it and try to sleep there.

17. It was a place of great suffering. People were crying, anxious, angry, yelling. I asked myself, "what did I do to deserve this?"

18. I arrived at this country when I was 16 years old. ~~I applied for asy~~ I was processed by ICE and granted parole. I applied for asylum. My asylum application is still pending. I don't understand why I was treated like this, when I have followed this country's asylum process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Because I don't speak English fluently,

a lawyer, Andrew Udelsman, has read this document to me on September 29, 2026, including the statement concerning penalties of perjury, in Spanish. Spanish is a language I fully understand. I had the opportunity to ask questions and make corrections. I understand the declaration as translated and confirm that its contents are true and correct.

September 29, 2026

[signature]

Domingo V. Asicona