# DECLARATION OF JACQUELINE HURST

I, Jacqueline Hurst, hereby declare under penalty of perjury that the following statements are true and based on my personal knowledge:

1. My name is Jacqueline Hurst, and I am a legal assistant who works part-time with Preferential Option Law Offices, LLC on a contract as-needed basis.

2. I have made repeated, diligent efforts to establish legal contact with a detained individual currently held at ICE-ERO Center Miramar, but all channels provided by Immigration and Customs Enforcement (ICE) have proven entirely inaccessible or non-responsive.

3. On September 17, 2026, I contacted the main line for the Miramar ERO facility. Following the automated system prompts, I was directed to dial (305) 207-2001 for matters concerning detained individuals. Upon calling that number, I was met with an automated system stating that the extension did not answer and that the voicemail box was completely full, preventing me from leaving any message or request for contact.

4. Following this failed attempt, I placed a subsequent call to the Miramar office and navigated to Option 4, which the automated menu explicitly identifies as handling emergency situations. I selected Option 1 for "Criminal Detained Alien" as it was the only category matching an urgent detained status. Immediately upon selecting this option, the phone system terminated the line, disconnecting the call without transferring me to a representative, duty officer, or recording system.

5. Beyond telephonic attempts, I sought access through official electronic correspondence. I submitted formal requests for a legal call to the designated ICE email addresses, ice-ero-mia-mmo-scheduleappt-smb@ice.dhs.gov and Miami.Outreach@ice.dhs.gov. To date, I have received no response, acknowledgment, or scheduling confirmation from either email address.

6. These collective failures—a full voicemail box, automated line disconnections during emergency options, and unanswered emails—have completely precluded any ability to arrange essential legal communication with the detainee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 1, 2026

