**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-26911-KMM**

ORLANDO ROSALES SALMERON,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, *et al.*,

Defendants.
______________________________/

**ORDER OF TRANSFER**

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to **Case No. 1:26-cv-26911-KMM** being of the same subject matter and arising out of the same circumstances as in **Case No. 1:26-cv-26816-BB** and subject to the consent of the Honorable Beth Bloom, it is

ADJUDGED that the above-numbered action is transferred to the calendar of the Honorable Beth Bloom for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of October, 2026.

K. M. Moore

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered actions, the undersigned hereby accepts the transfer of said case. Therefore, it is

ADJUDGED that all pleadings hereinafter filed shall bear **Case No. 1:26-cv-26911-BB** thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted on October 5, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

c: All counsel of record