**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-26911-BB**

**ORLANDO ROSALES SALMERON ET AL,**

**Plaintiff,**

**v.**

**SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY ET AL,**
**Defendants.**
**________________________________/**

**NOTICE OF APPEARANCE**

Notice is given that litigative responsibility for this matter has been assigned within the Office of the United States Attorney for the Southern District of Florida to Assistant United States Attorney Keyla E. Rodriguez, who hereby appears on behalf of the Defendants.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: s/ *Keyla E. Rodriguez*
Keyla E. Rodriguez
ASSISTANT U.S. ATTORNEY
Florida Bar: 1044352
United States Attorney's Office
99 N.E. 4th Street, Suite 328
Miami, Florida 33132
Telephone: 305-798-3849
E-mail: Keyla.Rodriguez@usdoj.gov

*Counsel for Defendants*