**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ORLANDO ROSALES SALMERON and
JOHN DOE
individually and on behalf of all others
similarly situated,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity
as Secretary of the U.S. Department of Homeland
Security, et al.,

Defendants.

**Case No. 1:26-cv-26911-BB**

**NOTICE OF SERVICE OF PLAINTIFFS' EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs submit this notice pursuant to the Court's October 16, 2026 order directing Plaintiffs to verify that Defendants have been served with Plaintiffs' Expedited Motion for Temporary Restraining Order and Preliminary Injunction ("Expedited Motion"). ECF No. 20.

After the Clerk's Office issued corrected summonses on October 13, 2026,[1] Plaintiffs' counsel prepared all required service documents for mailing pursuant to Fed. R. Civ. P. 4(i).

On October 13, 2026, Counsel for Plaintiffs mailed the Summons, Complaint, Expedited Motion, and Motion to Certify Class to Defendant Mullin, Defendant Venturella, Defendant

[1] The Clerk's Office first issued the summonses on October 9, 2026. However, three of the summonses did not have the Clerk's signature, and two of the summonses had misspellings that were not present in the originally filed proposed summonses. Counsel for Plaintiffs contacted the Clerk's Office to notify them of these issues, and the Clerk's Office issued corrected summonses on October 13, 2026.

Charles, and Defendant U.S. Customs and Border Protection. On October 14, 2026, Counsel for Plaintiffs mailed the Summons, Complaint, Expedited Motion, and Motion to Certify Class to Defendant U.S. Department of Homeland Security, Defendant U.S. Immigration and Customs Enforcement, Defendant Elliston, Defendant Scott, the Attorney General, and the Civil Process Clerk of the U.S. Attorney's Office in Southern District of Florida. When counsel receive all return of service receipts, Plaintiffs will file verification of proper service.

On October 20, 2026, Assistant U.S. Attorney Keyla E. Rodriguez entered a notice of appearance on behalf of all Defendants. ECF No. 21. Additionally, in a motion filed on October 20. 2026, Ms. Rodriguez stated that Defendants obtained service on this matter on October 20, 2026. ECF No. 22 at 2. The service packages contained a copy of the Expedited Motion with all exhibits included. Therefore, Plaintiffs submit that Defendants were served with the Expedited Motion no later than October 20, 2026.

Respectfully submitted,

/s/ **Paul R. Chavez** (FL Bar No. 1021395)
pchavez@aijustice.org
**Jennifer Smith** (FL Bar No. 964514)
jsmith@aijustice.org
AMERICANS FOR IMMIGRANT JUSTICE
P.O. Box No 520037
2200 NW 72nd Ave.
Miami, FL 33152
Phone: 305-573-1106
Attorneys for Plaintiffs

/s/ **Anne Janet Anderson** (FL Bar No. 18092)
annejanet.hernandez@splcenter.org
**Maite Garcia** (FL Bar No. 99770)
maite.garcia@splcenter.org
**Andrew Udelsman** (FL Bar No. 1051696)
andrew.udelsman@splcenter.org
**Jeanette Ynfante** (*pro hac vice*)
jeanette.ynfante@splcenter.org
**Courtney O'Donnell** (*pro hac vice*)
courtney.odonnell@splcenter.org
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037 Miami, FL 33137
Phone: 305-537-0589
Attorneys for Plaintiffs