# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Pablo Moreno Gonzalez, et al.
Plaintiff,
v.
Kristi Noem, et al.
Defendant.

Case No.: 1:25−cv−13323
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

MINUTE entry before the Honorable Laura K. McNally. Video status hearing held 11/12/25. The Court reviewed the status reports [65] and [66] with the parties and discussed issues relating to the inspection the Broadview facility on 11/13/2025. By agreement, the Plaintiffs may bring five attorneys, one translator, and their disclosed expert. Plaintiffs will be permitted to take photographs during the visit. Those photos must be shared with Defendants and held attorneys' eyes only until Defendants have had an opportunity to review the photos and the parties have conferred regarding whether any photographs should be redacted or blurred. By agreement, Plaintiffs' counsel and their expert will be permitted to speak with putative class members regarding the issues presented in this litigation, but those individuals will not be compelled to speak with counsel. Given timing and logistics, some conversations between counsel and putative class members might need to occur later by telephone. Plaintiffs' counsel will be permitted to leave contact information with putative class members. Defendants have agreed to provide a log of detainees presently held in Broadview to counsel on 11/13/25. Other topics regarding scope and duration of the visit will be addressed on 11/13/25, as discussed on the record. The parties are continuing to confer on the scope of an agreed protective order, as well as on timing for the completion of expedited fact discovery for use at the preliminary injunction hearing. Turning to expert discovery, any party intending to offer affirmative retained expert opinion at the preliminary injunction hearing must serve Rule 26(a)(2)(B) disclosures on 12/3/25. Rebuttal expert disclosures must be served by 12/10/25. Expert depositions must be completed before 12/17/25. If the parties agree to extend the temporary restraining order and reset the preliminary injunction hearing, the Court will be willing to modify these dates. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.