# DECLARATION OF JOHN DOE 2[1]

I, John Doe 2, hereby declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I submit this declaration based on my personal knowledge and my own experiences while detained by U.S. Immigration and Customs Enforcement ("ICE") at the Miramar facility in South Florida. I am providing this declaration anonymously because I am afraid that ICE may retaliate against me or otherwise use my participation in this case against me.
2. I came to the United States approximately ten years ago as a child, entering on a tourist visa with my family. I grew up in Doral and have a three-year-old United States Citizen daughter.
3. I arrived at the Miramar facility on or about Monday, October 19, 2026, and I remained detained there for three days, until the evening of Wednesday, October 21, 2026.
4. When I arrived at the Miramar Facility, I was placed in a small room with approximately 30-40 other men. Throughout the three days that I was detained there, the room was overcrowded, with 30 to 40 men inside at all times. I remember walking into this room for the first time and noticing a disgusting smell, like poop. The room smelled like this the entire time I was there. The lights were very bright and remained on at all times.
5. When I arrived, I was not provided with any basic hygiene items. The next day, I had to ask for a toothbrush and toothpaste, and I only received it after repeatedly insisting. I was never given my own blanket. Instead, I had to use dirty blankets that had already been used by others and were lying on the floor.

---

[1] This is a typed version of the original handwritten Declaration, which follows this typed version.

6. The room was so overcrowded, that when I lay down to sleep, I was practically hugging the other men lying next to me. There was no personal space, not even enough room to sleep comfortably.

7. There was only one sink and one toilet in the room for all 30 to 40 men in the room. The toilet had no privacy. It was exposed, and everyone in the room could see anyone using it. There were also cameras inside the room facing directly toward the toilet. Because of the lack of privacy, I only used the toilet to urinate. I could not bring myself to have a bowel movement during the three days I was detained at Miramar. The toilet and sink were always dirty. We only had toilet paper, but there were no cleaning wipes, cleaning products, or even soap to wash our hands. The floor around the toilet was filthy and wet with water and urine. The room was so overcrowded that some men had to sleep in the toilet because there was nowhere else to lie down. I had to sleep in the toilet myself one night.

8. I was not allowed to shower during the three days that I was there. I also had to wear the same clothes I had arrived in for all three days.

9. The food was bad, and the portions were very small. We were only served peanut butter and jelly sandwiches, chips, and cookies. I am allergic to peanut butter, so I could not eat the sandwich. As a result, all I ate during those three days were the chips. I avoided eating the cookies because I did not want to have to use the toilet to poop in front of everyone.

10. I was given only one bottle of water when I arrived. After that, I had to refill the same bottle using water from the sink next to the toilet.

11. I was allowed to make three phone calls while detained there. However, each call was limited to only four minutes. No visits allowed.

12. Some of the men in the room became so desperate because of the terrible conditions, that they signed papers agreeing to be deported. Every morning at around 7:00 a.m., officers would come and ask us, “Who wants to go back to their country?” I felt that they were pressuring us to agree to deportation. I saw many men sign papers because they were scared.
13. The officers also made fun of us, cursed at us, and told us to back to our countries. They treated us like dogs.
14. I felt sad and mad about the way me and the other men were treated at Miramar. I cried everyday while I was there. I felt that I had no rights as a human being because of how terribly we were treated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: [dated on the original]

Signature: [signed on the original]
John Doe 2

**DECLARATION OF** John Doe 2

I, John Doe 2, hereby declare as follows:

1. I am over eighteen years of age and I am competent to make this declaration. I submit this declaration based on my personal knowledge and my own experiences while detained by U.S. Immigration and Customs Enforcement ("ICE") at the Miramar facility in South Florida. I am providing this declaration anonymously because I am afraid that ICE may retaliate against me or otherwise use my participation in this case against me.

2. I came to the United States approximately ten years ago as a child, entering on a turist visa with my family. I grew up in Doral and I have a three year old United States citizen daughter

3. I arrived at the Miramar facility on Monday, October 19, 2026, and I remained detained there for three days, until the evening of Wednesday, October 21, 2026.

4. When I arrived at the Miramar facitity, I was placed in a small room with approximately 30 to 40 other men. Throughout the three days I was detained there, the room was overcrowded, with 30 to 40 men inside at all times. I remember walking into this room for the first time and noticing a disgusting smell, like poop. The room smelled like this the entire time I was there. The lights were very bright and remained on at all times.

5. When I arrived, I was not provided with any basic hygiene items. The next day, I had to ask for a toothbrush and toothpaste, and I only received it after repeatedly insisting. I was never given my own blanket. Instead, I had to use dirty blankets that had already been used by others and were lying on the floor.

6. The room was so overcrowded that when I lay down to sleep, I was practically hugging the other men lying next to me. There was no personal space, not even enough room to sleep comfortably.

7. There was only one sink and one toilet for all 30 to 40 men in the room. The toilet had no privacy. It was [illegible] exposed, and everyone in the room could see anyone using it. There were also cameras inside the room facing directly toward the toilet. Because of the lack of privacy I only used the toilet to urinate. I could not bring myself to have a bowel movement during the three days I was detained at Miramar. The toilet and sink were always dirty. We only had toilet paper, but there were no cleaning wipes, cleaning products, or even soap to wash our hands. The floor around the toilet was filthy and wet with water and urine. The room was so overcrowded that some men had to sleep in the toilet because there was nowhere else to lie down. I had to sleep in the toilet myself one night.

8. I was not allowed to shower during the three days that I was there. I also had to wear the same clothes I had arrived in for all three days.

9. The food was bad, and the portions were very small. We were only served peanut butter and jelly sandwiches, chips, and cookies. I am allergic to peanut butter, so I could not eat the sandwiches. as a result, all I ate during those three days were the chips. I avoided eating the cookies because I did not want to have to use the toilet to poop in front of everyone.

10. I was given only one bottle of water when I arrived. After that, I had to refill the same bottle using water from the sink next to the toilet.

11. I was allowed to make three phone calls while detained there. However, each call was limited to only four minutes.

12. Some of the men in the room became so desperate because of the terrible conditions, that they signed papers agreeing to be deported. Every morning at around 7:00 a.m., officers would come and ask us, "Who wants to go back to their country?" I felt that they were pressuring us to agree to deportation. I saw many men sign papers because they were scared.

13. The officers also made fun of us, cursed at us, and told us to go back to our countries. They treated us like dogs.

14. I felt sad and Mad about the way Me and the other Men were treated at Miranar. I cried everyday while I was there. I felt that I had no rights as a human being because of how terribly we were treated.

I declare under penalty of Perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 26, 2026

Signature: John Doe 2