**DECLARATION OF ORALEX VILLATORRO PEREZ**

I, Oralex Villatorro Perez hereby declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I have personal knowledge of the facts stated below, and if called as a witness, I could and would testify to them.
2. I submit this declaration to describe the conditions I experienced while detained at the Miramar facility in Miramar, Florida. I was detained there overnight for approximately a day and a half, on or about October 28 to October 29, 2026.
3. On October 28, 2026, I was at the Mobil gas station at the intersection of highways 312 and 772, on Campus Drive, in Homestead, Florida. I was grabbing a coffee before going to work, it was 4:50am.
4. An officer without a uniform grabbed me from my car as I was entering it. I think it was an ICE officer; they had an unmarked uniform and unmarked vehicles. They were not wearing police uniforms. I have a valid work permit that does not expire until 2030, as well as a RealID driver's license from Florida. I tried to give these documents to the officer, but the officer just said, "No, you're Hispanic, and you're leaving this country." The officer handled me very roughly during the arrest, hurting my wrists and ankles. He used more force than what was needed to detain me. He was also yelling at me while arresting me.
5. I was taken directly to Miramar. I was placed in a small holding room that I believe could accommodate only about 12-15 people. However, there were over 50 people in the room and the officers kept bringing more people in. At first, we were seated but as more and more people were brought into the room, it became so overcrowded that there was no longer enough space for everyone to sit.
6. There were no beds or blankets. They gave us a sheet of aluminum foil, but we couldn't do anything with it because it was too small to cover our bodies and we couldn't even lie down.
7. The room we were in was very hot, it's Miami so the temperature is hot, but there was no air conditioning. Everyone was yelling asking the officers to do something about the heat but we were told to shut up. At one point, the officers put a fan in the room, but they removed it after five minutes and then closed the door.
8. There was only one toilet in the room but there were no walls or privacy, so it wasn't really a bathroom. Everyone could see everything. I had to use the bathroom, in front of everyone. I felt embarrassed and feared being violated because everyone watched me lower my pants and use the bathroom.
9. The whole time I was at the Miramar facility, the only thing I was given to eat was a piece of bread with ham, and a bottle of water. We didn't have access to drinking water or water to bathe with. The food we were given was expired; we were scared to eat it

because we didn't want to get sick. The food was all dated from April and May, which means it had expired more than six months from my detention there.

10. The guards were all cruel, when someone would ask for water or say it's too crowded, they'd say, "Shut up, motherfucker." The guards would shove people around, they shoved me. I was at the entrance of the room, by the front door, and they told me to move and shoved me. But there was nowhere to go, so I was forced to stand in the bathroom area.
11. I was not allowed to use the phone while detained at Miramar. There were signs on the walls with phone numbers for people seeking help, and one of the signs advertised $3,000 for people who self-deported. I asked to use the phone to call the numbers listed on the signs, but officers repeatedly told me that I could call later or that I would be able to make a call from the next facility. However, I was never given access to a phone at Miramar or at Krome, the next facility I was transferred to.
12. I explained my situation during intake, that I was in the U.S. with a pending asylum and work permission, and that my daughter had been born just eleven days before I was detained. They said I had a right to a judge and let me sign a form requesting a judge. I did not sign anything to self-deport. I asked for an attorney. But I was never able to see a judge or speak with an attorney. Whenever I asked, they just kept telling me, "Later."
13. There were Cubans, Venezuelans, and Colombians that had been detained at Miramar for 10-12 days without being permitted to wash themselves. I was not able to bathe myself while at Miramar, it took 5 days after being detained until I finally was able to wash myself.
14. About fifteen people I met at Miramar had been detained there much longer than 12 hours. At least three had been there over a week.
15. I spoke with a man who had been there over a week, who had cancer. He needed medicine, but received none.
16. During my intake at Miramar, I wrote on my paperwork that I was under medical care and medication for a recent dental procedure and hemorrhoids. I was never given medical treatment or care, they just kept telling me later, but never took me to a doctor or nurse or even gave me medicine.
17. I did everything legally. I had my license, my social security, American-born children, and work permission until 2030. My boss wants me to go back to work. I was seeking asylum, and expecting court. My daughter was born in Homestead, Florida. My wife doesn't work, I provide for my family and five children. The officers told me I was fine and gave me the paperwork to have a judge hear my case, but I never saw a judge, they deported me to Guatemala.

18. I have been struggling with my mental health because of this experience; I am never going to forget what happened to me. Imagine not having a place to live - it's a shock. I feel resigned.
19. All my kids are in the United States, all five of them range in age from 22 to my daughter who was barely 11 days old when they arrested me. I did everything in the United States for my kids, I would wake up at 4am and get home at 7pm, only slept around 6 hours a night.
20. I'm afraid for my family and myself. I need to move tonight because I was extorted in Guatemala, which is why I left. I got sick from being incarcerated, everyone had a fever and was sick by the time I was deported. I'm still recovering from the illness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Because I do not speak English fluently, Camila Valenzuela read this declaration to me in Spanish over the telephone on November 12, 2026, including the statement concerning penalties of perjury. Spanish is a language I fully understand. I had the opportunity to ask questions and make corrections. I understood the declaration as translated and confirmed that its contents are true and correct. Because I am now in Guatemala, I expressly authorized Camila Valenzuela to affix my /s/ electronic signature and file this declaration on my behalf. I gave this authorization after the entire declaration was read to me and I confirmed its accuracy, intending to adopt that signature as my own and to make this declaration under penalty of perjury under the laws of the United States of America.

.

November 12, 2026 _*/s/ Oralex Villatorro Perez*_

**Oralex Villatorro Perez**

**CERTIFICATION**

I, Camila Valenzuela, declare that I am proficient in the English and Spanish languages. On November 12, 2026, I read the foregoing declaration and translated it faithfully and accurately into Spanish over a telephone call with the declarant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2026.

/s/ *Camila Valenzuela*
**Camila Valenzuela**